

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00251-CR

The **STATE** of Texas,
Appellant

v.

James **QUON,**
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10209CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On July 27, 2020, the State filed a motion for extension of time to file the State's brief until August 31, 2020 on the basis that the State was awaiting a supplemental clerk's record. On August 17, 2020, this court ordered the trial court clerk to file the supplemental clerk's record by August 31, 2020. In light of this court's prior order, the State's motion for extension is GRANTED as follows: the State's brief is due no later than September 30, 2020. **Further requests for extension of time to file the State's brief will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court